JAMES PATTON
Attorney at Law
209 South Livingston Ave., Suite 9
Livingston, New Jersey 07039
(973) 992-3500
Attorney for Antonio Tavares

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY | |
| UNITED STATES OF AMERICA | Dkt. No. 10-CR-460 |
| v. | Hon. Jose L. Linares |
| ANTONIO TAVARES | ORDER REMOVING LIEN<br>ON 37 NEW STAR RIDGE RD<br>SPARTA, NEW JERSEY |

This matter having been opened to the Court on the motion of Antonio Tavares, through his attorney James Patton, and the Office of the United States Attorney, Mark Coyne appearing, having consented to the form and entry of this Order and for good cause shown,

It is on this 19th day of August, 2010 ORDERED that the Office of the United States District Court, District of New Jersey, remove its lien entitled Judgment Number RG-063352-000 placed on the property at 37 New Star Ridge Road, Sparta, New Jersey, 07871.

_____
Hon. Jose L. Linares

I hereby consent
to the form and entry
of this order

_____
Mark Coyne, Esq.

_____
James Patton, Esq.

```
```

```
RN10-225-02704          RE: H-92257                                  5
540-1345-20
                                                              ____ INIT
10.
                     UNITED STATES BANKRUPTCY COURT
   BANKRUPTCY NUMBER: BK-023759-2008
   PETITION FILED: 07/24/08                        VOLUNTARY
                                                   CHAPTER: 07
   VENUE: NEWARK
    IN THE MATTER OF:
         ANTONIO TAVARES , SSN#:XXX-XX-6537
              APT 2
                5 1/2 CLOVER ST, NEWARK, NJ 07105
         ATTORNEY: STEVEN D. PERTUZ-WASHINGTON CORNERS LEGAL CENTER, LLC
                  157 WASHINGTON STREET
                  NEWARK NJ 07102
                  (973) 648-8600
                           ----------------
   TRUSTEE: BARBARA EDWARDS
                                       DISCHARGE OF BANKRUPT: 10/17/08
   FINAL DECREE: 10/20/08
                          *** End of Abstract ***


                                                              ____ INIT
11.
                      UNITED STATES DISTRICT COURT
   JUDGMENT NUMBER: RG-063352-0000           CASE NUMBER: 10-CR-460
   DATE ENTERED: 07/21/10
       UNITED STATES OF AMERICA
       FROM
          ANTONIO C TAVARES , PRINCIPAL
               37 NEW STAR RIDGE RD, SPARTA, NJ 07871
       FILED 07-12-10
                           ----------------
   BOND DOCKETED AS NEW3352 IN THE VENUE OF NEWARK.
                          *** End of Abstract ***
```

```
[recog]                JUDGMENT & RECOGNIZANCE MGT. VER2    19 AUG 2010 - 13:26
[M]ODIFY                      RECOGNIZANCE LOG SCREEN

RECOGNIZANCE NUMBER: NEW3352         CASE NUMBER: 10CR460
DEFENDANT'S NAME
     LAST: TAVARES               FIRST: ANTONIO         MID: C.
     CORP:
 ADDRESS: 37 NEW STAR RIDGE RD.
    CITY: SPARTA                 STATE: NJ       ZIP CODE: 07871
-----------------------------------------------------------------------
AMOUNT BOUND   :            0.00 AMOUNT DEPOSITED:           0.00
REAL PROPERTY  :
               :
               :
RELEASE PROPERTY DATE: 08/19/10
RELEASE PROPERTY RMKS: OTC REMOVING LIEN ON ABOVE LISTED PROPERTY.
       FILE DATE    : 07/12/2010    FORFEIT DATE  : **/**/****
       OFFICE CODE  : 2 NEWARK      CANCELLED DATE: **/**/****

REMARKS :
SURETIES? N                     create> 07/21/2010  update> 08/19/2010

searched:  17275 selected:      4 current:      4
```