JAMES PATTON
Attorney at Law
209 South Livingston Ave., Suite 9
Livingston, New Jersey 07039
(973) 992-3500
Attorney for Defendant Antonio Tavares

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

........................
UNITED STATES OF AMERICA     :     Criminal No. 10-cr-460 (JLL)
                             :
                             :     Hon. Jose L. Linares, U.S.D.J.
        v.                   :
                             :     ORDER AMENDING THE CONDITIONS
ANTONIO C. TAVARES           :     OF RELEASE PREVIOUSLY IMPOSED
........................

This matter having been opened to the Court on the motion of Defendant Antonio C. Tavares, through his attorney James Patton, and the Office of the United States Attorney for the District of New Jersey, Charlton Rugg appearing, having consented to the form and entry of this Order, and the Court having previously entered an Order releasing Antonio C. Tavares subject to certain conditions, and for good cause shown,

It is on this *18* day of *April*, 2012 ORDERED
1. That the conditions of release previously ordered are amended as follows
    a. Pretrial Services will release defendant's passport to him so that defendant can renew his passport;
    b. Defendant is authorized to renew his passport;

    c. Once Defendant has renewed the passport, both the expired and renewed passports are to be returned to Pretrial Services, until they are needed for the travel authorized below;

    d. Defendant is authorized to travel to Portugal for not more than 14 days to occur between June 1 and June 30, 2012, for the purpose of attending a family celebration.

2. All other conditions of release previously imposed by this court remain in full force and effect.

                              Hon. Jose L. Linares
                              United States District Judge

I hereby consent
to the form and entry
of this order

Charlton Rugg, Esq.
Office of the United States Attorney

James Patton, Esq.
Attorney for Antonio C. Tavares